IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DEBORAH GAYLE GARRETT                                                PLAINTIFF

V.                                                CIVIL ACTION NO. 1:15-CV-138-SA-DAS

LOWE'S HOME CENTER, LLC,
LOWE'S HOME CENTERS, INC.,
LOWE'S HIW, INC., and
LOWE'S COMPANIES, INC.                                               DEFENDANTS

ORDER

Per the Stipulation of Dismissal [19] filed on the docket, Defendants Lowe's Home Centers, Inc., Lowe's HIW, Inc., and Lowe's Companies, Inc. are dismissed without prejudice. Pursuant to this stipulation, Lowe's Home Centers, LLC will remain as the only defendant in this action.

**SO ORDERED, this the 17th day of November 2015.**

/s/   Sharion Aycock
**UNITED STATES DISTRICT JUDGE**