UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DEBORAH GAYLE GARRETT                                                                    PLAINTIFF

V.                                                             CIVIL ACTION NO. 1:15-CV-138-SA-DAS

LOWE'S HOME CENTER, LLC, et al.                                                      DEFENDANTS

AGREED ORDER

The plaintiff, Deborah Gayle Garrett, and defendant, Lowe's Home Centers, LLC, have agreed to and announce to the Court a settlement of the plaintiff's claims against Lowe's Home Centers, LLC in their entirety. The Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, finds that the plaintiff's claims should be dismissed with prejudice against Lowe's Home Centers, LLC pursuant to the parties' agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims against Lowe's Home Centers, LLC are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

**SO ORDERED, this 25th day of May, 2016.**

                                                 **/s/ Sharion Aycock**
                                               **UNITED STATES DISTRICT JUDGE**